# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:19-cv-00040 |
| ) | |
| DEB HAALAND, in her official capacity ) | |
| as Secretary of the United States Department of ) | |
| the Interior, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER TO ENTER STIPULATION TO EXTEND FEDERAL DEFENDANTS' DEADLINE

Based on the Stipulation of the parties, and for good cause shown, IT IS

HEREBY ORDERED THAT:

The Stipulated Request to Extend Federal Defendants' Deadline is APPROVED.

Accordingly, IT IS HEREBY FURTHER ORDERED THAT:

No later than September 29, 2023, FWS shall complete a final revised recovery

plan for the red wolf.

Dated: _February 27, 2023_        _Terrence Boyle_

THE HONORABLE TERRENCE BOYLE
UNITED STATES DISTRICT JUDGE